# THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

TAMMY L. PARKER                                                                           PLAINTIFF

v.                                     Case No. 4:19-cv-00097-KGB

ESTEM PUBLIC CHARTER SCHOOLS                                                DEFENDANT

## ORDER

Before the Court is the status of this case. On February 6, 2019, plaintiff Tammy L. Parker, proceeding *pro se*, filed a motion for leave to proceed *in forma pauperis* and a complaint against defendant eStem Public Charter Schools ("eStem"), alleging discrimination under Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e *et seq.* (Dkt. Nos. 1, 2). Ms. Parker also filed a motion to appoint counsel, which the Court denied without prejudice (Dkt. Nos. 3, 4). eStem filed an answer on August 8, 2019 (Dkt. No. 6). On September 19, 2019, Ms. Parker filed a notice with the Court indicating that she is no longer interested in pursuing this case, which the Court construed as a motion for voluntary dismissal (Dkt. No. 8). The Court advised Ms. Parker that, in the context of Title VII claims, a dismissal without prejudice may operate in effect as a dismissal with prejudice and ordered Ms. Parker to file a written notice with the Court indicating whether she intended to proceed with her request for dismissal without prejudice of this action (Dkt. No. 10). On January 10, 2010, Ms. Parker filed a second notice with the Court in which she stated that she understood that her case would be dismissed and that she would be barred from refiling or pursuing a claim under Title VII in the future (Dkt. No. 11).

For good cause shown, the Court grants Ms. Parker's request to dismiss her claims against eStem and dismisses this case without prejudice.

It is so ordered this 17th day of January, 2020.

_____
Kristine G. Baker
United States District Judge