THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**TAMMY L. PARKER**                                                                       **PLAINTIFF**

**v.**                          **Case No. 4:19-cv-00097-KGB**

**ESTEM PUBLIC CHARTER SCHOOLS**                                              **DEFENDANT**

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is considered, ordered, and adjudged that plaintiff Tammy L. Parker's complaint is dismissed without prejudice. The relief requested is denied.

It is so adjudged this 17th day of January, 2020.

_____
Kristine G. Baker
United States District Judge